Kenneth Becker
13755 SW Sandridge Drive
Tigard, OR 97223
kbecker317@gmail.com
949-283-3243
*Defendant*

RECEIVED
AND FILED
2022 APR 27 A 11: 43
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>WELSCORP,INC.<br><br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| ☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH BECKER<br><br>Defendant. | **ADVERSARY PROCEEDING**<br><br>Case No. BK-S-21-01205-ABL<br><br>**MOTION TO SET ASIDE DEFAULT JUDGMENT** |

Pursuant to the 2009 amendment to Fed.R.Civ.P Rule 59, which extended the deadline to file a motion to alter or amend a judgment to 28 days, Defendant respectfully requests this Court to set aside the Default Judgment on the above-mentioned action that was entered on April 1, 2022 for the following reasons.

1. The Complaint contained mistakes.

(i) The Defendant is not and never was a sales agent, employee or insider for any of the Debtors, including John Thomas and Thomas Becker.

(ii) The Defendant did not have a Staking Agreement with the Debtors.

(iii) The Defendant made no investment with the Debtors.

(iv) The Defendant did not receive a commission from the Debtors.

(v) In August 2011, the Defendant made a $25,000 loan ("Loan") to his brother, Thomas Becker, one of the Debtors. From 11/22/2017 through 04/03/2018, the $30,000 listed in Exhibit D of the Complaint was payment of the Loan plus $5,000 interest, based on a low rate of 3.33% simple interest.

2. The reasons that Defendant disagrees with the claims in the Complaint and the facts supporting Defendant's disagreement, are laid out in Defendant's Answer.

3. Defendant requests a hearing.

Dated April 26, 2022

Kenneth Becker

*Defendant*

**AFFIDAVIT OF Kenneth Becker**

1. I am over 21 years of age and capable to testify if called to do so.

2. I am the Defendant in the above referenced matter.

3. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of April, 2022.

Kenneth Becker, Defendant
13755 SW Sandridge Drive
Tigard, OR 97223

**State of Oregon-County of Washington**
**Signed & sworn before me on** Apr. 26, 2022
**by** John Becker
Oregon Notary Public

OFFICIAL STAMP
MARTIN S POPKES
NOTARY PUBLIC-OREGON
COMMISSION NO. 977940
MY COMMISSION EXPIRES AUGUST 09, 2022

**CERTIFICATE OF SERVICE**

1. I caused to be served the following document:
   *Defendants' Answer and Affirmative Defenses to the Complaint*

2. The above-named document were served by FEDEX, pre-paid, to:
   Zachary E. Mazur
   Sarachek Law Firm
   670 White Plains Road #PH
   Scarsdale, New York 10583
   *Special Litigation Counsel for Leonard E. Schwartzer, Trustee*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on April 26, 2022

Name of Declarant
Kenneth Becker

Kenneth Becker
Signature of Declarant