NVB 7069 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

WELSCORP, INC. ,

　　　　　　　　Debtor(s)

LENARD E. SCHWARTZER

　　　　　　　　Plaintiff(s)

vs

KENNETH BECKER

　　　　　　　　Defendant(s)

BK−19−18056−abl
CHAPTER 7

Adversary Proceeding: 21−01205−abl

NOTICE OF DEFICIENCY
REGARDING AFFIDAVIT AND
REQUEST FOR ISSUANCE
OF WRIT OF EXECUTION

**NOTICE IS GIVEN** that the Clerk cannot issue the Writ of Execution until the noted deficiencies are cured.

The Affidavit and Request for Issuance of Writ of Execution is deficient for the following reason(s):

*     Other:  Interest rate was not included, post judgment rate per day is incorrect . Please see www.nvb.uscourts.gov Post judgment rate page.

Dated: 4/29/26

Dan Owens
Clerk of Court