Russell J. Singer
PO Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Assignee/Judgment Creditor in Pro Per

RECEIVED
AND FILED

APR 29 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**WELSCORP, INC.**<br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL**<br>**Chapter 7** |
| LENARD E. SCHWARTZER, in his<br>capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br>v.<br>KENNETH BECKER,<br><br>Defendant. | **ADVERSARY PROCEEDING**<br>Case No.: BK-S-21-01205-ABL<br><br>**REQUEST FOR APPOINTMENT**<br>**OF PROCESS SERVER** |

TO THE HONORABLE COURT:

Russell J. Singer, as Assignee of Lenard E. Schwartzer, Chapter 7 Trustee (the "Judgment Creditor"), respectfully requests that the Court issue an order appointing the individual named below as a private process server to serve writs of execution and related enforcement process issued in this case, and states as follows:

1. On April 1, 2022, judgment was entered by this Court in favor of the Chapter 7 Trustee and against Judgment Debtor Kenneth Becker in the amount of $30,000.00.

2. The judgment was assigned to Russell J. Singer pursuant to an Assignment of Judgment dated December 22, 2025.

3. Judgment Creditor intends to obtain writs of execution and pursue post-judgment enforcement remedies against property of the Judgment Debtor.

4. Pursuant to Fed. R. Civ. P. 4.1(a) (incorporated by Fed. R. Bankr. P. 7004/9016 as applicable), Judgment Creditor requests the special appointment of the following Nevada Registered Process Server to serve writs of execution and related enforcement process issued in this case:

**Samantha Curl**, Nevada Registered Process Server;

5. The specially appointed process server is employed by Reno Carson Messenger Service, located at 185 Martin St, Reno, NV 89509, telephone (775) 322-2424, is over the age of eighteen (18), of suitable discretion, and not a party to this case.

6. The United States Marshal shall remain the levying officer for any writs of execution issued. Judgment Creditor will coordinate with the U.S. Marshal and provide all necessary USM-285 forms and instructions upon issuance of writs of execution.

7. Special appointment is necessary because the U.S. Marshal for the District of Nevada has limited resources for civil process and does not maintain sufficient staffing to execute private civil process without significant delay.

WHEREFORE, Judgment Creditor respectfully requests that the Court enter the proposed Order

Appointing Process Server submitted herewith.


Dated: April 24, 2026

RUSSELL J. SINGER
Judgment Creditor / Assignee, In Pro Per

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336   |   Email: russell@adobejudgmentcollections.com

Assignee/Judgment Creditor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**WELSCORP, INC.**<br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL<br>Chapter 7** |
| LENARD E. SCHWARTZER, in his<br>capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br>v.<br>KENNETH BECKER,<br><br>Defendant. | **ADVERSARY PROCEEDING**<br>Case No.: BK-S-21-01205-ABL<br><br>**ORDER APPOINTING<br>PROCESS SERVER** |

The Court, having considered the Request for Appointment of Process Server filed by Russell J. Singer, as Assignee of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee (Judgment Creditor), and good cause appearing, hereby ORDERS:

1. The Request is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4.1(a) (incorporated by Fed. R. Bankr. P. 7004/9016 as applicable), the following Nevada Registered Process Server is specially appointed to serve writs of execution and related enforcement process issued in this case:

**Samantha Curl**, Nevada Registered Process Server;

3. The specially appointed process server is employed by Reno Carson Messenger Service, located at 185 Martin St, Reno, NV 89509, telephone (775) 322-2424, is over the age of eighteen (18), of suitable discretion, and not a party to this case.

4. The United States Marshal shall remain the levying officer for any writs of execution issued. Judgment Creditor shall coordinate with the U.S. Marshal and provide all necessary USM-285 forms and instructions upon issuance of writs of execution.

IT IS SO ORDERED.

Dated: _____

_____

UNITED STATES BANKRUPTCY JUDGE