NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                    BK−19−18056−abl
                                                          CHAPTER 7
WELSCORP, INC. ,
                            Debtor(s)
                                                          Adversary Proceeding: 21−01205−abl


LENARD E. SCHWARTZER, et al,                              NOTICE OF DOCKETING
                            Plaintiff(s)                  ERROR

vs

KENNETH BECKER, et al,
                            Defendant(s)


**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *36* – Request For Appointment Of Process Server with Proposed Order Filed by RUSSELL J. SINGER (mah) |
| Filed On: | 4/29/26 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

*   Case is closed. A motion to reopen must be filed and the appropriate reopening filing fee must be paid before any action is taken.


Dated: 5/5/26

Dan Owens
Clerk of Court


**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**