United States Bankruptcy Court

District of Nevada

SCHWARTZER,

    Plaintiff

Adv. Proc. No. 21-01205-abl

BECKER,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 05, 2026 | Form ID: nodeap | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: russellsinger@gmail.com | May 06 2026 02:10:00 | RUSSELL J. SINGER, PO BOX 485, LAGUNA BEACH, CA 92652-0485 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LENARD E. SCHWARTZER | trustee@schwartzerlaw.com lbenson@schwartzerlaw.com;jelliott@schwartzerlaw.com;nv17@ecfcbis.com;clea11@trustesolutions.net;les@trustesolutions.net |
| ZACHARY E MAZUR | on behalf of Plaintiff LENARD E. SCHWARTZER zachary@saracheklawfirm.com paul@saracheklawfirm.com |

TOTAL: 2

NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

WELSCORP, INC. ,

                    Debtor(s)

BK−19−18056−abl
CHAPTER 7

Adversary Proceeding: 21−01205−abl

LENARD E. SCHWARTZER, et al,

                    Plaintiff(s)

vs

KENNETH BECKER, et al,

                    Defendant(s)

NOTICE OF DOCKETING
ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *36* − Request For Appointment Of Process Server with Proposed Order Filed by RUSSELL J. SINGER (mah) |
| Filed On: | 4/29/26 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

\*    Case is closed. A motion to reopen must be filed and the appropriate reopening filing fee must be paid before any action is taken.

Dated: 5/5/26

*Dan Owens*

Dan Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**